JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN RICHARDSON, ) | NO. CV 10-8607 CAS (FMO) |
|       Petitioner, ) | |
|       v. ) | **JUDGMENT** |
| W.D. MACDONALD, Warden, ) | |
|       Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 17, 2010.

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE